

# In the
# Court of Appeals
# Second Appellate District of Texas
# at Fort Worth

———————————————

No. 02-24-00038-CV

———————————————

BRENT ALLISON HAGENBUCH, Appellant

V.

CARRIE DE MOOR, M.D., Appellee

On Appeal from the 431st District Court
Denton County, Texas
Trial Court No. 23-11468-431

Before Birdwell, Kerr and Wallach, JJ.
Per Curiam Memorandum Opinion

## MEMORANDUM OPINION AND JUDGMENT

We have considered "Appellant Brent Allison Hagenbuch's Unopposed Motion to Dismiss Appeal." We grant the motion and dismiss the appeal. *See* Tex. R. App. P. 42.1(a)(1), 43.2(f).

Appellant must pay all costs of this appeal. *See* Tex. R. App. P. 42.1(d), 43.4.

Per Curiam

Delivered: February 6, 2025